UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Imhoff, et al., | Case No. 2:19-cv-01841-JLS-DFM |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| California Teachers Association, et al., | Judge: The Hon. Josephine L. Staton |
| Defendants. | |

**JUDGMENT**

Pursuant to the Court's July 1, 2019 Order Granting Defendants' Motion to Dismiss (Doc. 30),

IT IS HEREBY ADJUDGED that Plaintiffs' claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED in favor of Defendants California Teachers Association and Colusa Educators Association, and against Plaintiffs James Imhoff and Lucille Imhoff.

DATED: July 05, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE